**JANUARY 12th, 22011**                                              UTICA, NEW YORK
**HON. DAVID N. HURD, Presiding**
**Clerk: Craig B. Minor**
**Steno: None**

10:30 A.M.   IN CHAMBERS

Bobette J. Morin,

     vs.

Hon. James C. Tormey, et al.                                              5:07-CV-517

     CONFERENCE/Ct. & counsel meet & discuss status of representation and indemnification issues.  AAG Quackenbush to advise Ct. by 12:00 noon on Tuesday, January 18, 2011 of the decision reached regarding representation for defendants.  The parties directed to confer among themselves and submit an agreed upon trial date for May or June of 2011 by 12:00 Noon on January 20, 2011.  Ct. to issue trial date for May or June of 2011 if parties are unable to agree.  10 day jury trial anticipated.  No further Court ordered discovery will be allowed.  Action marked ready for trial.

Appearances: William Frumkin for pltf, Charles Quackenbush & Jeffrey Dvorin, Robert
          Smith, Gary Kelder, Timothy Lambrecht, Edward Menkin for defts.

11:20 A.M.  Recessed.