Kevin M. Gilligan
Robert J. Smith*
Michael A. Tremont
Alicia S. Calagiovanni
James J. Gascon
Paul G. Ferrara **
Maureen G. Fatcheric
Timothy J. Conan
John R. Langey

Daniel P. Fletcher
Anthony R. Hanley
Dennis P. Hennigan
Robert W. Connolly**
Louis J. Viviani
Edward G. Melvin II***
Nicole Marlow-Jones
Donald S. DiBenedetto

Christopher G. Todd
Wendy S. Reese
Nadine C. Bell +
Jennifer L. Nuhfer
Christina F. DeJoseph

Sabrina A. Victor
Kristin L. Walker++
Gregory W. Smith*
J. Patrick Lannon

Donald L. Nicholas, Of Counsel
Warren W. Bader, Of Counsel
Robert D. Essig, Of Counsel
Peter J. Corrigan, Of Counsel
Scott W. Bush, Of Counsel

# COSTELLO · COONEY · FEARON
#### PLLC
Attorneys at law since 1896

500 PLUM STREET, SUITE 300  |  SYRACUSE, NY 13204-1401
TEL. 315.422.1152  |  FAX 315.422.1139

Shelly L. DiBenedetto
Jennifer E. Mathews**
Special Counsel

*       Also admitted in Texas
**      Also admitted in Massachusetts
***     Also admitted in Connecticut
+       Also admitted in Pennsylvania
++      Also admitted in New Jersey

January 19, 2011

**VIA CM/ECF**

Hon. David N. Hurd
United States District Court Judge
U.S. District Court
Northern District of New York
Alexander Pirnie Federal Building and Courthouse
10 Broad Street
Utica, New York  13501

    Re:    Morin v. Tormey, et al
           07-CV-0517 (DNH)(GJD)

Dear Judge Hurd:

    I am in receipt of e-filed letters from Attorney Quackenbush and Attorney Frumkin. It appears that Mr. Quackenbush is simply asking for a one day extension to allow Judge Hedges to obtain counsel to participate in a conversation with all other counsel on an accepted trial date. I do not oppose Mr. Quackenbush's request.

    In the event that the Court wishes to schedule a trial date, please be advised that my client, Justice Tormey, would prefer that the trial occur the first or second week of May. Both Justice Tormey and I have multiple conflicts in June, including the marriage of Justice Tormey's son.

    If the Court has any questions, please feel free to give me a call.

                           Respectfully,

                           COSTELLO, COONEY & FEARON, PLLC

                           Robert J. Smith

RJS/lja

Hon. David N. Hurd
January 19, 2011
Page 2

cc (via CM/ECF):  William D. Frumkin, Esq.
Charles J. Quackenbush, Esq.
Edward Z. Menkin, Esq.
Gary T. Kelder, Esq.